IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREE METHODIST CHURCH OF
NORTH AMERICA,

    Plaintiff,

vs.

INTERNATIONAL CHILD CARE
(USA), INC.,

    Defendant.

Case No. 19-cv-12179

Hon. Sean F. Cox

Magistrate Judge Elizabeth A. Stafford

---

| | |
|---|---|
| Bradley L. Smith (P48138)<br>ENDURANCE LAW GROUP PLC<br>133 W Michigan Avenue, Suite 10<br>Jackson, Michigan 49201<br>(517) 879-0253<br>*Attorneys for Plaintiff*<br>bsmith@endurancelaw.com | Brian D. Wassom (P60381)<br>WARNER NORCROSS + JUDD LLP<br>45000 River Ridge Drive, Suite 300<br>Clinton Township, Michigan 48038<br>(248) 784-5039<br>*Attorneys for Defendant*<br>bwassom@wnj.com |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

Following a successful mediation conducted pursuant to the Rules for Christian Conciliation by mediator Anne Bachle Fifer, the parties hereby stipulate to the dismissal of all claims in the Complaint and Counterclaim filed in this matter, with prejudice and with each party to bear its own costs and attorney fees.

IT IS HEREBY ORDERED that the above-captioned case is DISMISSED WITH PREJUDICE.

This is a final order and closes the case.

SO ORDERED.

Dated: October 25, 2019

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

So Stipulated:

*/s/ with consent of Bradley L. Smith*
Bradley L. Smith (P48138)
ENDURANCE LAW GROUP PLC
133 W Michigan Avenue, Suite 10
Jackson, Michigan 49201
(517) 879-0253
*Attorneys for Plaintiff*
bsmith@endurancelaw.com

*/s/ Brian D. Wassom*
Brian D. Wassom (P60381)
WARNER NORCROSS + JUDD LLP
45000 River Ridge Drive, Suite 300
Clinton Township, Michigan 48038
(248) 784-5039
*Attorneys for Defendant*
bwassom@wnj.com